```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MEGAN A. S. RICHARDS
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00191 DLB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| DAVID G. JOSUE, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Megan A. S. Richards, Special Assistant United States Attorney, hereby moves to dismiss the Information filed on June 21, 2012, against David G. Josue, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: June 28, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney


                                    By: /s/ Megan A. S. Richards
                                        MEGAN A. S. RICHARDS
                                        Special Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the Information filed on June 21, 2012, against David G. Josue, be dismissed in the interest of justice.

IT IS SO ORDERED.

**Dated: June 29, 2012**                /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE